IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:12-CV-58-BR

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF COASTAL CAISSON CORP., A DELAWARE CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> ENOLA CONTRACTING SERVICES, INC., A FLORIDA CORPORATION, AND HARTFORD FIRE INSURANCE COMPANY, A CONNECTICUT CORPORATION, <br><br> Defendants. | **ORDER DENYING ENTRY OF DEFAULT** |

On August 2, 2012, plaintiff filed a motion for entry of default under Rule 55(a) of the Federal Rules of Civil Procedure against defendant Hartford Fire Insurance Company ("Hartford") [D.E. 16]. Rule 55(a) of the Federal Rules of Civil Procedure provides for entry of default against a party who "has failed to plead or otherwise defend." On August 17, 2012, Hartford filed an answer to plaintiff's complaint [D.E. 20]. Because Hartford has filed a responsive pleading, entry of default is not warranted. Accordingly, plaintiff's motion for entry of default is DENIED [D.E. 16].

SO ORDERED. This 11th day of September 2012.

Julie A. Richards, Clerk of Court